UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

          Plaintiff(s),                        Case No. 11-20455

v.                                          Judge David M. Lawson

John McDonald Lawrence                Magistrate Judge

          Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __127__, filed __Jully 16, 2020__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: Docketing Error

If you need further clarification or assistance, please contact __Kristen MacKay__ at __(313) 234-5027__.

DAVID J. WEAVER, CLERK OF COURT

Dated: __July 17, 2020__                    s/Kristen MacKay
                                                     Deputy Clerk